[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12186
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-20867-JAL-1


UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

versus

MARTIN HILLERIO-MIRANDA,
a.k.a. Martin Hillera,

                                        Defendant - Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(December 13, 2017)

Before WILLIAM PRYOR, JORDAN, and ANDERSON, Circuit Judges.

PER CURIAM:

Martin Hillerio-Miranda pled guilty to one count of unlawful entry into the

United States after having been previously removed in violation of 8 U.S.C.

§ 1326(a) and (b)(1).  The district court sentenced Mr. Hillerio-Miranda to 18 months' imprisonment—the lowest possible sentence in the advisory Sentencing Guidelines range—and a supervised release term of three years. Mr. Hillerio-Miranda argues on appeal that his custodial sentence is substantively unreasonable.

Mr. Hillerio-Miranda did not move to expedite his appeal, and Bureau of Prisons records show that he was released from prison on November 3, 2017. Because Mr. Hillerio-Miranda only contests his custodial sentence, we conclude that his appeal is moot because we cannot grant any effective relief.  *See United States v. Farmer*, 923 F.2d 1557, 1568 (11th Cir. 1991).

**APPEAL DISMISSED AS MOOT.**